AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Thomas Bordeau<br>DOB: XXXXXX | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00323
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 10/15/2024
Description: COMPLAINT W/ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority,
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,.,
40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:    ____10/15/2024____

*Judge's signature*

City and state:        ____Washington, D.C.____        ____Moxila A. Upadhyaya, U.S. Magistrate Judge____
*Printed name and title*