AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00323 |
| Thomas Bordeau | ) Assigned To : Judge Moxila A. Upadhyaya |
|  | ) Assign. Date : 10/15/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Thomas Bordeau__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,.;
40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building).

Date: __10/15/2024__

*Moxila A. Upadhyaya*
Digitally signed by Moxila A. Upadhyaya
Date: 2024.10.15 11:38:44 -04'00'
*Issuing officer's signature*

City and state: __Washington, D.C.__    __Moxila A. Upadhyaya, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on *(date)* __15 OCT 2024__, and the person was arrested on *(date)* __16 OCT 2024__
at *(city and state)* __Portland, ME__.

Date: __16 OCT 2024__

*Arresting officer's signature*

__SA Sean Murphy__
*Printed name and title*